UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk						Reply to Northern Division Address

April 14, 2003

Ari J. Kodeck
Ned S. Kodeck, Chartered
8 Reservoir Circle Suite 203
Baltimore, Maryland 21208

					Re:	Case No. CCB 03-390
Dear Counsel/Party:			Klairen v. Comcast Cable Communications, Inc.

Your Motion to Dismiss for Want of Proper Party was received in paper format on 4/11/03. This document should have been filed electronically.

[ ]   The document has been scanned and filed electronically. The paper copy is being returned to you.

[ X ]   A one time exception has been made and the paper document has been filed.

All further filings in this case should be made in accordance with the policies and procedures of this Court on electronic filing. Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.

If you are not a registered CM/ECF user, you should immediately register. Registration is available on-line on the Court's web site.

Please be advised that any future filings which are not made electronically may be returned to you.

					Very truly yours,

					/s/
					Evaleen Gibbons
					for
					Felicia C. Cannon, Clerk

cc:   Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Warning letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov