**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Albert Klairen, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:03-CV-390 (CCB) |
| | * | |
| Comcast Cable Communications, Inc. | * | |
| | * | |
| Defendant. | * | |
| | * | |

**MEMORAUNDUM IN OPPOSITION TO MOTION TO DISMISS**
**AND IN SUPPORT OF MOTION TO ADD A PARTY DEFENDANT**

Plaintiff opposes the motion to dismiss because the evidence set forth in the sworn declaration of Albert Klairen shows that the named defendant was his employer. The named defendant was identified as his employer in its correspondence with him, its termination of his employment, and in his W-2.

In addition, Plaintiff seeks an Order adding Comcast Cablevision of Maryland, Inc. as a party defendant given the representations made in the motion to dismiss.

Date:   April 22, 2003

Alan Lescht, Esq. (12928)
Alan Lescht & Associates, P.C.
1050 17th Street, N.W., Suite 220
Washington, D.C. 20036
(202) 463-6036
Attorneys for Plaintiff

## -IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Albert Klairen, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 1:03-CV-390 (CCB) |
| | * |
| Comcast Cable Communications, Inc. | * |
| | * |
| Defendant. | * |
| | * |

### SWORN DECLARATION OF ALBERT KLAIREN

Pursuant to 28 U.S.C. Section 1746, I, Albert Klairen, declare as follows:

1.  I am an adult citizen of the U.S., am competent to testify to the matters in this Declaration, and have personal knowledge of the facts set forth herein.

2.  I am the plaintiff in this case and submit this Declaration in opposition to the motion to dismiss.

3.  I began working for the defendant in March 2000 and my employment was terminated in June 2002.

4.  This lawsuit alleges that the defendant violated the federal Family and Medical Leave Act.

5.  Defendant terminated my employment on June 21, 2002 and stated that the reason for terminating employment was "we are not able to determine if you are eligible for Family and Medical Leave because the medicals you supplied do not indicate sufficient information to explain a leave of absence from April 30, 2002." The termination letter is attached as Exhibit 1 and identified my former employer as Comcast Cable Communications, Inc.

6. FMLA regulation 29 CFR 825.305(d) states that an "employer shall advise an employee whenever the employer finds a certification incomplete, and provide the employee a reasonable opportunity to cure any such deficiency."

7. Defendant violated the Family and Medical Leave Act because it notified Plaintiff that his employment was terminated at the same time as it informed him that the certification was incomplete.

8. FMLA regulation 29 CFR 825.307 states that if an employer questions the adequacy of a medical certification, it may contact the health care provider, with the employee's permission, for purposes of clarification. It also states that an employer who has reason to doubt the validity of a medical certification may require the employee to obtain a second opinion at the employer's expense, and that pending receipt of the second opinion, the employee is provisionally entitled to the benefits of the Act.

9. Defendant violated the Family and Medical Leave Act because it did not seek clarification from the health care provider and did not request that Plaintiff obtain a second opinion.

10. Defendant's claim that it was not my employer is refuted by the additional following evidence:

    a. Attached as Exhibit 2 are letters I received from defendant during my employment relating to my requests for leave under the FMLA. All of the letters I received identified my former employer as Comcast Cable Communications, Inc.

    b. Attached as Exhibit 3 are FMLA leave forms I was given and submitted to defendant. All of the forms identified my former employer as Comcast Cable Communications, Inc.

c. Attached as Exhibit 4 is the 2002 W-2 I received from defendant. This document

identifies my former employer as "Comcast Cablevision Willow Grv 1600 Market Street,

3d Floor, Philadelphia, PA 19102-2146."

Under penalty of perjury, I declare pursuant to 28 U.S.C. Section 1746 that the foregoing

is true and correct.

Executed this 22 day of April, 2003.

Albert Klairen

# EXHIBIT 1

 **Comcast**

Comcast Cable Communications, Inc.
8110 Corporate Place
White Marsh, MD 21236
Tel: 410.931.4600
Fax: 410.931.7294

June 21, 2002

Albert Klairen
2110 St Paul Street Apt #1
Baltimore, MD  21218

**<u>VIA CERTIFIED MAIL and REGULAR MAIL</u>**

Dear Al,

On June 11, 2002, I received your request for a leave of absence under the Family and Medical Leave Act.

We are not able to determine if you are eligible for Family and Medical Leave because the medicals you supplied do not indicate sufficient information to explain a leave of absence from April 30, 2002 to present.

Furthermore, as stated in the letter sent to you on June 6, 2002, Kemper National Services has denied your short-term disability claim due to insufficient medical documentation to substantiate your leave.

Since you are unable to provide documentation that you are unable to report to work and perform the duties of your position, your employment with Comcast is terminated effective today, June 21, 2002.  Comcast is not obligated to tolerate erratic, unreliable attendance or to provide an accommodation which would impose an undue hardship to our business.  Attendance is an essential function of your job and you have been unable to demonstrate that you will be able to perform such function.

You must return your Identification badge, and keys.  You are no longer eligible for complimentary services.  Please complete the enclosed form and return it with the items listed above.  If we do not receive instructions concerning your complimentary services within one week, your service will be disconnected.

As a tenured employee with Comcast, you were given a computer to mark your one-year anniversary.  However, our policy states that if you leave Comcast with three years of receiving the voucher, you must return the computer.

As a result, we need you to do one of the following:

**If we do not receive one of these by June 28, 2002, we will proceed with legal action.**

Your medical / dental benefits will continue through June 30, 2002. You will receive information concerning continuing your medical coverage under COBRA. Information regarding contributions to the Comcast Retirement Investments may be obtained by calling (800) 685-6401.

If you would like to discuss this matter with me, please call me at (410) 933-0580.

Sincerely,

*Franny Stotsky*

Franny Stotsky,
Human Resources Director

# EXHIBIT 2



Comcast Cable Communications, Inc.
8110 Corporate Place
White Marsh, MD 21236
Tel: 410.931.4600
Fax: 410.931.7294
www.comcast.com

**FIRST CLASS & CERTIFIED**
**RETURN RECEIPT REQUESTED**

January 26, 2002

Mr. Albert Klairen
2110 St. Paul Street
Apt 1
Baltimore, Maryland 21218

Dear Albert:

It has been brought to my attention that you have not reported to work SINCE January 4, 2002. Although you have indicated on the attendance line that you would return on January 18, 2002, you did not report to work.

It is imperative that you contact me by Tuesday January 29, 2002 to discuss your employment at Comcast. I can be reached at 410-933-0580.

Sincerely Yours.

*Fran Stotsky*

Fran Stotsky
Area Director of Human Resources



Comcast Cable Communications, Inc.
8110 Corporate Place
White Marsh, MD 21236
Tel: 410.931.4600
Fax: 410.931.7294

First Class Mail & Certified
Return Receipt Requested

February 11, 2002

Albert Klairen
2110 St. Paul Street Apt #1
Baltimore, MD 21218

Re:    Application for Short-Term Disability (STD) Benefits/FMLA

Dear Al,

This is in regard to your recent absence. You are eligible for Short Term
Disability if a non-job related illness or injury results in an absence of more than
five (5) workdays, and the absence is approved by Comcast's STD claims
administrator. You may also be eligible for a leave of absence under the Family
Medical Leave Act. Enclosed is an information packet about the Family Medical
Leave Act. The Family Medical Leave Act provides job protection while you are
unable to work. Please complete the FMLA application form and return to
Human Resources.

To receive short-term disability under the Comcast plan you must file a claim with
our STD claims administrator, KEMPER.

Call **1-800-391-6111**. Be ready to provide your social security number, your
physician's name, and your current symptoms. You will be connected to a
representative who will ask you for information about your symptoms and about
your current job.

Kemper's regular hours are Monday through Friday, 8:30 a.m. to 5 p.m. Eastern
Standard Time. If you call at any other time, you may leave a message and your
call will be returned on the next business day. Your Kemper representative will

There is a five working day waiting period from your last day worked before your STD becomes effective. You must use your earned but unused flex days in order to receive pay for those five days. If no flex days are available, you may use earned but unused vacation or floating holidays. If KEMPER approval has not been received by the fifteenth working day, no further payments will be processed until approval is received.

Also, if KEMPER does not approve your STD claim, you must pay back to Comcast the days paid out at the STD rate.

If your leave exceeds one month you will not continue to accrue vacation for each month until you return from leave. If your leave of absence exceeds thirteen weeks, Comcast reserves the right to replace your position, based on the needs of the business.

Thank you for your cooperation. If you have any questions, please contact me at (410) 933-0580 or Tyra Franklin at (410) 931-9488.

Sincerely,

*Fran Stotsky*

Franny Stotsky
Human Resources Director

cc: file
    supervisor



Comcast Cable Communications, Inc.
8110 Corporate Place
White Marsh, MD 21236
Tel: 410.931.4600
Fax: 410.931.7294

First Class Mail & Certified
Return Receipt Requested

May 6, 2002

Albert Klairen
2110 St Paul Street Apt #1
Baltimore, MD 21218

Re:     Application for Short-Term Disability (STD) Benefits/FMLA

Dear Al,

This is in regard to your current absence. You are eligible for Short Term
Disability if a non-job related illness or injury results in an absence of more than
five (5) workdays, and the absence is approved by Comcast's STD claims
administrator. You may also be eligible for a leave of absence under the Family
Medical Leave Act. Enclosed is an information packet about the Family Medical
Leave Act. The Family Medical Leave Act provides job protection while you are
unable to work. Please complete the FMLA application form and return to
Human Resources.

To receive short-term disability under the Comcast plan you must file a claim with
our STD claims administrator, KEMPER.

Call **1-800-391-6111**. Be ready to provide your social security number, your
physician's name, and your current symptoms. You will be connected to a
representative who will ask you for information about your symptoms and about
your current job.

Kemper's regular hours are Monday through Friday, 8:30 a.m. to 5 p.m. Eastern
Standard Time. If you call at any other time, you may leave a message and your
call will be returned on the next business day. Your Kemper representative will
ask you to sign and return the enclosed Authorization for Release of Medical

There is a five working day waiting period from your last day worked before your STD becomes effective. You must use your earned but unused flex days in order to receive pay for those five days. If no flex days are available, you may use earned but unused vacation or floating holidays. If KEMPER approval has not been received by the fifteenth working day, no further payments will be processed until approval is received.

Also, if KEMPER does not approve your STD claim, you must pay back to Comcast the days paid out at the STD rate.

If your leave exceeds one month you will not continue to accrue vacation for each month until you return from leave. If your leave of absence exceeds thirteen weeks, Comcast reserves the right to replace your position, based on the needs of the business.

Thank you for your cooperation. If you have any questions, please contact me at (410) 933-0580 or Tyra Franklin at (410) 931-9488.

Sincerely,

*Fran Stotsky*

Fran Stotsky
Human Resources Director

cc: file
    supervisor

# (comcast

Comcast Cable Communications, Inc.
8110 Corporate Place
White Marsh, MD 21236
Tel: 410.931.4600
Fax: 410.931.7294

**Certified mail / 1ˢᵗ class mail**

June 6, 2002

Albert Klairen
2110 St Paul Street Apt #1
Baltimore, MD 21218

Dear Al,

This letter is to let you know that on June 6, 2002 Kemper has informed us that your short-term disability was denied as of May 7, 2002 due to insufficient medical documentation to support your claim. In addition, this absence will not be covered by your FMLA since we have no documentation to validate that you are unable to work. You have been placed on an unauthorized leave of absence without pay. The time you have been out of work will be counted against any accrued and/or available but unused vacation, flex and/or floating holidays.

Please contact me by June 13, 2002 so that we can discuss your anticipated return to work. If you do not contact me your employment may be terminated for job abandonment. Please advise me by June 13, 2002 whether you are going to appeal Kemper's decision.

If you have any questions, please call me at (410) 933-0580, Tyra Franklin at (410) 931-9488 or Key Jefferson at (410) 931-8526.

Sincerely,

Franny Stotsky
Human Resources Director

# EXHIBIT 3

## COMCAST CABLE COMMUNICATIONS, INC.
### MEDICAL CERTIFICATION FORM

*to 31  Corporate Inc*
*21236*
*ATTN TYRA*
*FRANK*
*mailed*
*1-31*

#### CERTIFICATION OF PHYSICIAN OR PRACTITIONER
*(Family and Medical Leave Act of 1993)*

1. Employee's Name: _Albert Klairen_

2. Patient's Name (if other than employee): _____

3. Diagnosis: _Migraine_ _____

_____

_____

_____

4. Date condition commenced: _____

5. Probable duration of condition: _Intermittent_ _____

6. Regimen of treatment to be prescribed (indicate number of visits, general nature and duration of treatment, including referral to other provider of health services. Include schedule of visits or treatment if it is medically necessary for the employee to be off work on an intermittent basis or to work less than the employee's normal schedule of hours per day or days per week.):

- By Physician or Practitioner:
  _MICHAEL D. MARTIN, MD_ _____

_____

- By another provider of health services, if referred by Physician or Practitioner:

_____

_____

_____

*If This Certification Relates To Care For The Employee's Seriously Ill Family Member, Skip Items 7, 8 And 9 And Proceed To Items 10 Through 14. Otherwise, Continue Below.*

Check yes or No in the boxes below, as appropriate.

|  | Yes | No |  |
|---|---|---|---|
| 7. | ☐ | ☑ | Is inpatient hospitalization of the employee required? |
| 8. | ☐ | ☑ | Is employee able to perform work of any kind? (If "No", skip Item 9.) |
| 9. | ☐ | ☑ | Is employee able to perform the functions of employee's position? (Answer after reviewing statement from employer of essential functions of employee's position, or, if none provided, after discussing with employee.) |

Name of Physician or Practitioner (please print or type): _MICHAEL D MARTIN, MD_

**COMCAST CABLE COMMUNICATIONS, INC.**
*Family and Medical Leave Act of 1993 (FMLA)*

## APPLICATION FOR FAMILY/MEDICAL LEAVE

Family and Medical Leave Act of 1993 (FMLA) entitles eligible employees to take up to 12 weeks of unpaid and/or paid, protected leave in a rolling 12 month period for specified family and medical reasons. Employees of Comcast oration who have been employed for a total of at least 12 months, having worked at least 1,250 hours over the previous nonths, and worked at a location where at least 50 employees are employed by the employer within 75 miles are entitled omplete the following application for FMLA. Applications for FMLA must be made 30 days in advance of the leave, except inforeseen circumstances.

*ise type or print.*

e:      KLAIREN, ALBERT B                         **SSN:**   218 11 1164

      Last      First      Middle Initial

ition: _____            **Work Location:**

**son for Leave Request** (Check one box)

- ☐ The birth of my child and in order to care for my child

- ☐ The placement of a child with me for adoption or foster care

- ☒ A serious health condition that makes me unable to perform the essential functions    of my job

- ☐ A serious health condition affecting my ☐ **spouse,** ☐ **child** (age_____) or ☐ **parent** for which I am needed to provide care.

      Name of Family Member:

      Address of Family Member:

derstand I am required to use my accrued personal and vacation days as part of my leave of absence while on FMLA e. Use of flex days is optional. After I have exhausted my paid leave benefits, I understand that the remainder of this e will be without pay.

eave of absence will begin on ____/____/____and I expect to return on or about ___/___/____.

derstand that A ***Return to Work Medical Certification*** form must be completed and submitted to my immediate ervisor before I may return to work from my own serious health condition.

_____                    _____
  Employee's Home Address                              Phone Number

## COMCAST CABLE COMMUNICATIONS, INC.
### MEDICAL CERTIFICATION FORM

### CERTIFICATION OF PHYSICIAN OR PRACTITIONER
#### (Family and Medical Leave Act of 1993)

1. Employee's Name: __KLAIREN, ALBERT B__

2. Patient's Name (if other than employee):_____

3. Diagnosis: __REFRACTORY MIGRAINE SYNDROME__
   _____
   _____
   _____

4. Date condition commenced: PATIENT FIRST SEEN BY MYSELF   ON 05/21/02

5. Probable duration of condition: __INDEFINITE__

6. Regimen of treatment to be prescribed (indicate number of visits, general nature and duration of treatment, including referral to other provider of health services. Include schedule of visits or treatment if it is medically necessary for the employee to be off work on an intermittent basis or to work less than the employee's normal schedule of hours per day or days per week.):

   - By Physician or Practitioner:
     PATIENT IS SCHEDULED TO SEE DR RAMESH KHURANA, NEUROLOGIST, IN THE
     EARLY PART OF JUNE,2002.  A THERAPY REGIMEN WILL BE PRESCRIBED AT
     THAT TIME.  RETURN TO WORK WILL ALSO BE AVAILABLE AT THAT TIME.

   - By another provider of health services, if referred by Physician or Practitioner:
     _____
     _____
     _____

is Certification Relates To Care For The Employee's Seriously Ill Family Member, Skip Items 7, 8 And 9 And
eed To Items 10 Through 14. Otherwise, Continue Below.

:k yes or No in the boxes below, as appropriate.

| Yes | No | |
|---|---|---|
| ☐ | ☒ | Is inpatient hospitalization of the employee required? |
| ☐ | ☒ | Is employee able to perform work of any kind? (If "No", skip Item 9.) |
| ☒ | ☐ | Is employee able to perform the functions of employee's position? (Answer after reviewing statement employer of essential functions of employee's position, or, if none provided, after discussing with |

oyee.)

e of Physician or Practitioner (please print or

*Certification Relating To Care For The Employee's Seriously Ill Family Member, Complete Items 10 Through 13 low As They Apply To The Family Member.*

|  | Yes | No |  |
|--|-----|----|--|
|  | ☐ | ☐ | Is inpatient hospitalization of the family member (patient) required? |
|  | ☐ | ☐ | Does (or will) the patient require assistance for basic medical, hygiene, nutritional needs, safety or transportation? |
|  | ☐ | ☐ | After review of the employee's signed statement (See Item 14 below), is the employee's presence |

essary or                              would it be beneficial for the care of the patient? (This may include psychological comfort).

Estimate the period of time care is needed or the employee's presence would be beneficial:

_____

_____

_____

_____

_____

*14 Is To Be Completed By The Employee Needing Family Leave.*

When Family Leave is needed to care for a *Seriously Ill Family Member*, the employee shall state the care he or she will ride and an estimate of the time period during which this care will be provided, including a schedule if leave is to be taken mittently or on a reduced leave

edule:_____

_____

_____

_____

_____

_____

_____

_____

_____

# EXHIBIT 4

| 1 Wages, tips, other comp. 5679.35 | 2 Federal income tax withheld 358.20 |
|---|---|
| 3 Social security wages 6822.25 | 4 Social security tax withheld 422.98 |
| 5 Medicare wages and tips 6822.25 | 6 Medicare tax withheld 98.92 |

| a Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| WVC | 000160 | | 13433 |

c Employer's name, address, and ZIP code

**COMCAST CABLEVISION WILLOW GRV**
**1500 MARKET STREET 33RD FLOOR**
**PHILADELPHIA, PA  19102-2148**

| b Employer's FED ID number 23-2084784 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D    1142.80 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay    X |

e/f Employee's name, address and ZIP code

**ALBERT B. KLAIREN**
**2110 ST. PAUL ST**
**APT# 1**
**BALTIMORE, MD  21218**

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. 5679.35 |
|---|---|---|
| MD | 14918 | |
| 17 State income tax 290.47 | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

**Federal Filing Copy**
**W-2** Wage and Tax Statement **2002**
OMB No. 1545-0008
Copy B to be filed with employee's Federal income Tax Return.