# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Albert Klairen, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Civil Action No. 1:03-CV-390 (CCB) |
| | * |
| Comcast Cable Communications, Inc. | * |
| | * |
| Defendant. | * |
| | * |

**ORDER**

Upon consideration of defendant's motion to dismiss, and the opposition thereto, it is hereby ORDERED that the motion is DENIED.

Date:

_____
Hon. Catherine C. Blake
USDJ