IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Albert Klairen,      *
           *
     Plaintiff,      *
           *
v.      *  Civil Action No. 1:03-CV-390 (CCB)
           *
Comcast Cable Communications, Inc.      *
           *
     Defendant.      *
           *

**PLAINTIFF'S MOTION TO ADD A PARTY**

Plaintiff moves pursuant to Federal Rule 15 for an Order adding Comcast Cablevision of Maryland, Inc. as a defendant in this case.

Date: April 22, 2003

_____
Alan Lescht, Esq. (12928)
Alan Lescht & Associates, P.C.
1050 17th Street, N.W., Suite 220
Washington, D.C. 20036
(202) 463-6036
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Albert Klairen, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:03-CV-390 (CCB) |
| Comcast Cable Communications, Inc. | * |
| Defendant. | * |

**MEMORAUNDUM IN OPPOSITION TO MOTION TO DISMISS
AND IN SUPPORT OF MOTION TO ADD A PARTY DEFENDANT**

Plaintiff opposes the motion to dismiss because the evidence set forth in the sworn declaration of Albert Klairen shows that the named defendant was his employer. The named defendant was identified as his employer in its correspondence with him, its termination of his employment, and in his W-2.

In addition, Plaintiff seeks an Order adding Comcast Cablevision of Maryland, Inc. as a party defendant given the representations made in the motion to dismiss.

Date:  April 22, 2003

Alan Lescht, Esq. (12928)
Alan Lescht & Associates, P.C.
1050 17th Street, N.W., Suite 220
Washington, D.C. 20036
(202) 463-6036
Attorneys for Plaintiff