## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Albert Klairen, | * |
| Plaintiff, | * |
| v. | *  Civil Action No. 1:03-CV-390 (CCB) |
| Comcast Cable Communications, Inc. | * |
| Defendant. | * |

## ORDER

Upon consideration of plaintiff's motion to add as a party defendant, Comcast Cablevision of Maryland, Inc., it is hereby ORDERED that the motion is GRANTED, and that the Clerk shall issue a summons to Comcast Cablevision of Maryland, Inc. as a defendant in this lawsuit.

Date:

_____
Hon. Catherine C. Blake
USDJ