IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAY 12 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| Albert Klairen, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:03-CV-390 (CCB) |
| | * | |
| Comcast Cable Communications, Inc. | * | |
| | * | |
| Defendant. | * | |
| | * | |

### AFFIDAVIT OF SERVICE

I, Ellen Lescht, declare under penalty of perjury that the following information is true and correct:

1. I am over the age of 18 and am not a party to the above entitled action.

2. I served the summons and complaint upon the defendant, by certified mail, return receipt requested, restricted delivery, addressed to defendant's General Counsel and Officer, Terry Bienstock, on March 25, 2003. The return receipt is stapled below.

*Ellen Lescht*
Ellen Lescht

Sworn to before this 7 day of May 2003

*Marisa ___*
Notary public

MY COMMISSION EXPIRES ON 10-14-05

