IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALBERT KLAIREN                           :
                                         :
        v.                               :    CIVIL NO. CCB-03-390
                                         :
COMCAST CABLE COMMUNICATIONS,            :
INC.                                     :
                        ...o0o...

## ORDER

The parties' motions have been reviewed.  It is hereby **ORDERED** that:

1.  the plaintiff's Motion to Add a Party is **Granted**;

2.  the plaintiff shall submit an Amended Complaint naming Comcast Cablevision of Maryland,

Inc. as the defendant in this case;

3.  upon acknowledgment of service and an answer being filed by Comcast Cablevision of

Maryland, Inc., the motion to dismiss filed by Comcast Cable Communications, Inc. will be **Granted**;

and

4.  the Clerk shall send copies of this Order to counsel of record.


____May 13, 2003____                        _____/s/_____
        Date                                        Catherine C. Blake
                                                    United States District Judge