UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

July 7, 2003

Alan Lescht, Esquire
1050 17th Street NW
Suite 220
Washington, DC 20036

    Re: Albert Klairen v. Comcast Cablevision of Maryland, Inc.
       Civil No. CCB-03-390

Dear Mr. Lescht :

    Please provide the court with a report concerning the status of service on Comcast Cablevision by **July 18, 2003.**

                                                 Sincerely yours,

                                                 /s/

                                                 Catherine C. Blake
                                                 United States District Judge