# ALAN LESCHT & ASSOCIATES, P.C.

1050 17th Street, N.W.
Suite 220
Washington. D.C. 20036

July 7, 2003

Ms. Gibbons
Docket Clerk
Civil Clerk
U.S. Courthouse
101 W. Lombard St.
Balt., Md. 21201

    Re:    <u>Klairen v. Comcast CCB-03-390</u>

Dear Ms. Gibbons:

  I am counsel to plaintiff in the above case. A new summons is attached. Please issue a new summons and mail it to me for service. Thank you.

Very truly yours,

Alan Lescht

TEL 202-463-6036
Fax 202-463-6067