• AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

```
Albert Klairen
2110 St. Paul St., Apt. 1
Balt., MD 20785
                V.

Comcast Cablevision of Maryland, Inc.
8110 Corporate Place
White Marsh, MD 21236
```

**SUMMONS IN A CIVIL CASE**

CASE

TO: (Name and address of Defendant)

```
Comcast Cablevision of Maryland, Inc.
8110 Corporate Place
White Marsh, MD 21236
```

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

```
Alan Lescht, Esq.
Alan LEscht & Assoc., PC
1050 17th St., NW, Suite 220
Wash., DC 20036
```

20

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

DATE

(By) DEPUTY CLERK