UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Albert Klairen | * | Civ. Action No. CCB-03-390 |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| Comcast Cablevision of Maryland, Inc. | * | |
| | * | |
| Defendant. | * | |

## AFFIDAVIT OF SERVICE

I, Ellen Lescht, declare under penalty of perjury that the following information is true and correct:

1. I am over the age of 18 and am not a party to the above entitled action.

2. I served the summons and complaint upon the defendant, by certified mail, return receipt requested, addressed to defendant's resident agent for service, The Corp. Trust, Inc., on July 25, 2003. The return receipt is stapled below.

*[signature]*
Ellen Lescht

Sworn to before this _____ day of August 2003

MY COMMISSION EXPIRES ON 10-14-05

*[signature]*
Notary public

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

THE CORPORATION TRUST INCORPORATED
300 E. LOMBARD ST. STE. 1400
BALTIMORE, MARYLAND 21202

1. Article Addressed to:

The Corporation Trust Inc.
300 East Lombard Street
Baltimore, MD
21202

**COMPLETE THIS SECTION ON DELIVERY**

Albert Klairen

A. Signature
X *M. Helmick*  ☐ Agent  ☐ Addressee

C. Date of Delivery: 7-25-03

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from ser...): 7002 2410 0007 8757 7294

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540