IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF MARYLAND

| | | |
|---|---|---|
| ALBERT KLAIREN | * | |
| PLAINTIFF | * | CASE NO.: 03CV390 |
| v. | * | |
| | * | |
| COMCAST CABLEVISION OF MD, INC . | * | |
| DEFENDANT | * | |

\*          \*          \*          \*          \*

## DEFENDANT COMCAST CABLEVISION OF MARYLAND, INC.'S ANSWER, DEFENSES AND AFFIRMATIVE DEFENSES

Defendant Comcast Cablevision of Maryland, Inc., pursuant to Federal Rules 8(b), 8(c), and Rule 12, hereby sets forth its Answer, Defenses, and Affirmative Defenses to the Plaintiff's Amended Complaint.

## ANSWER

1. As to the allegations set forth in paragraph 1, Defendant is without knowledge and, therefore, denies them.

2. As to the allegations set forth in paragraph 2, Defendant is without knowledge and, therefore, denies them.

3. As to the allegations set forth in paragraph 3, Defendant is without knowledge and, therefore, denies them.

4. As to the allegations set forth in paragraph 4, Defendant is without knowledge and, therefore, denies them.

5. As to the allegations set forth in paragraph 5, Defendant is without knowledge and, therefore, denies them.

6. As to the allegations set forth in paragraph 6, Defendant is without knowledge and, therefore, denies them.

7. As to the allegations set forth in paragraph 7, Defendant is without knowledge and, therefore, denies them.

8. As to the allegations set forth in paragraph 8, Defendant is without knowledge and, therefore, denies them.

9. As to the allegations set forth in paragraph 9, Defendant is without knowledge and, therefore, denies them.

10. As to the allegations set forth in paragraph 10, Defendant is without knowledge and, therefore, denies them.

11. As to the allegations set forth in paragraph 11, Defendant is without knowledge and, therefore, denies them.

12. As to the allegations set forth in paragraph 12, Defendant is without knowledge and, therefore, denies them.

13. As to the allegations set forth in paragraph 13, Defendant is without knowledge and, therefore, denies them.

14. As to the allegations set forth in paragraph 14, Defendant is without knowledge and, therefore, denies them.

15. As to the allegations set forth in paragraph 15, Defendant is without knowledge and, therefore, denies them.

16. As to the allegations set forth in paragraph 16, Defendant is without knowledge and,

therefore, denies them.

17.  As to the allegations set forth in paragraph 17, Defendant is without knowledge and, therefore, denies them.

18.  As to the allegations set forth in paragraph 18, Defendant is without knowledge and, therefore, denies them.

19. Defendant denies the allegations set forth in paragraph 19

20.  As to the allegations set forth in paragraph 20, Defendant is without knowledge and, therefore, denies them.

### DEFENSES AND AFFIRMATIVE DEFENSES

#### First

Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

#### Second

Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

#### Third

Plaintiff failed to mitigate, minimize or avoid all or a portion of the damages which comprise the Plaintiff's claims.

WHEREFORE, Defendant respectfully requests that this Court dismiss this action. Defendant further asks that this Court grant it its reasonable attorneys' fees and costs and such other further relief as may be appropriate.

        Respectfully Submitted,

        _____/s/_____
        Ari J. Kodeck (24920)
        Ned S. Kodeck, Chartered
        8 Reservoir Circle Suite 203
        Baltimore Md 21208
        410 486 4774