UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950
(410) 962-2985 FAX

October 1, 2003

Alan Lescht, Esquire
Alan Lescht and Associates, PA
1050 17th Street, NW - Suite 220
Washington, DC  20036

Ari Jason Kodeck, Esquire
Ned S. Kodeck, Chartered
8 Reservoir Circle, Suite 203
Baltimore, Maryland  21208

Subject: *Albert Klairen v Comcast Cablevision of Maryland, Inc.*
Civil No. JKB-03-390

Dear Counsel:

This will confirm the additions to the schedule that has been set in this case and provide certain instructions relating to your pretrial and trial preparation. **In addition, the case will be referred to another Magistrate Judge for a settlement conference to be scheduled subsequent to the close of discovery,** *i.e.*, **after January 16, 2004.**

**Schedule**

| | |
|---|---|
| April 14, 2004 | Deadline for submitting pretrial order (Consult Local Rules -- this is to be a <u>JOINT SUBMISSION</u> to the extent possible); proposed voir dire, proposed jury instructions, proposed special verdict form |
| April 21, 2004 - 3:00 p.m. | Pretrial conference in court (counsel only)-- obtain courtroom number from chambers earlier that day |
| April 26-28, 2004 | Jury trial -- counsel should appear in court at 9:30 a.m.; call chambers the preceding Friday to learn the courtroom number. |

**Voir Dire and Jury Instructions**

You should submit proposed joint voir dire questions, proposed joint jury instructions on issues specifically relating to this case, and proposed joint special verdict forms. Attached is a copy of my customary general non-case-specific jury instructions. You should submit separately any voir dire questions, jury instructions and special verdict forms upon which you cannot agree. All of your proposed voir dire questions, jury instructions and special verdict forms should be submitted in hard copy and on IBM compatible, Word Perfect 6.0/6.1 diskettes.

Your proposed joint voir dire should include a brief proposed statement to be read to the venire panel explaining the nature of the case in general terms.

Letter to Counsel - *Klairen v Comcast*
Page 2
October 1, 2003

Your proposed jury instructions should (a) be typed one per page, (b) be numbered and assembled in the order in which you request that they be read to the jury, and (c) include a citation of the authorities supporting the instruction.

**Guaranteeing Witness Availability**

Absent emergency circumstances, a party will guarantee the presence at trial of any witness that party lists in the pretrial order, in accordance with Local Rule 106.2.i., as "expecting to present" at trial. Please note that the U.S. Marshal requires 18 days advance notice to present a witness in custody pursuant to a writ of habeas corpus ad testificandum.

**Disclosure of Opinions of Expert Witnesses**

In addition to the information required by Local Rule 106.2.j, the pretrial order shall include for each party a concise summary of the opinion testimony expected from each witness identified by that party pursuant to Fed. R. Civ. P. 26(a)(2)(A) and (B) who may testify at trial. The parties shall identify those witnesses designated pursuant to Rule 26(a)(2)(A) separately from those designated pursuant to Rule 26(a)(2)(B).

**Exhibits**

Please be prepared to advise me at the pretrial conference if there are any objections to the documents and exhibits listed in the pretrial order in accordance with Local Rule 106.2.g. Any objections not disclosed at that time, other than objections under Fed. R. Evid. 401 and 403, shall be deemed waived at trial, unless excused for good cause shown.

All exhibits must be tagged and numbered prior to trial in accordance with Local Rule 106.7(a). You must meet with one another prior to trial to review and make available for copying one another's exhibits in accordance with Local Rule 106.7(b).

**Use of Courtroom Equipment**

Please be prepared to advise me at the conference if you would like to use at trial any courtroom equipment. The court has available for your use VCRs and monitors, x-ray boxes, and one electronic evidence presenter. The electronic evidence presenter may be reserved on a first come, first served basis in cases which are expected to last longer than one week and involve numerous documents.

**Trial Instructions**

Please read carefully the attached memorandum entitled "Instructions To Counsel Re Trial Procedure And Conduct." You are responsible for knowing the contents of these instructions and all of the provisions of Local Rule 107 concerning trial conduct.

**Settlement**

Letter to Counsel - *Klairen v Comcast*
Page 3
October 1, 2003

      Unless the court is notified of any settlement no later than one full business day prior to the day on which the trial is scheduled to begin, jury costs will be imposed in accordance with Local Rule 107.4. Ordinarily, in civil cases 25-28 potential jurors are called as members of the venire panel and the cost per juror is approximately $70.

      Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                   Very truly yours,

                                   /s/

                                 James K. Bredar
                               United States Magistrate Judge

JKB/cw
Attachments: as described
cc: Court File
     Chambers File