January 7, 2004

The Honorable Judge James K. Bredar
United States Magistrate Judge
101 W. Lombard Street
Baltimore Md 21201

   RE: Albert Klairen v. Comcast Cablevision of Maryland, Inc.
     Case No.: JKB-03-390

Dear Judge Bredar:

 Please remove the above referenced case from the active trial calendar. The matter has been settled and I will be forwarding a formal Rule 111 order for your signature along with the Stipulation of Dismissal signed by myself and Plaintiff's counsel.

 Should you require any further information, please contact me at my office.

 Very truly yours,

 N ED S. KODECK, CHARTERED


 Ari J. Kodeck

cc: Alan Lescht, Esquire, Attorney for Plaintiff